UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Ronald Michael Dwayne Monk            Docket No. 5:04-CR-12-1BR

Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Ronald Michael Dwayne Monk, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge on October 4, 2004, to the custody of the Bureau of Prisons for a term of 160 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Ronald Michael Dwayne Monk was released from custody on October 3, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During a recent meeting with the defendant, the defendant informed the probation officer that he felt like he was battling depression. The defendant stated he has felt this way since being released from prison. He explained that he finds himself happy for a period of several hours, and then, without explanation, is depressed. While at the halfway house prior to his release from his prison sentence, the defendant was involved in counseling on a regular basis. Since his release, he has noticed a change in how he feels, and he believes he may be "institutionalized." The defendant has requested a referral for mental health treatment. Due to the defendant requesting treatment, and in an effort to address the defendant's needs, it is recommended that a program of mental health treatment be added to the conditions of supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Jeffrey L. Keller | /s/ Scott Plaster |
| Jeffrey L. Keller | Scott Plaster |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8808 |
| | Executed On: April 8, 2015 |

**Ronald Michael Dwayne Monk**
**Docket No. 5:04-CR-12-1BR**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this \_\_\_\_9\_\_\_\_ day of \_\_\_April_____, 2015 and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge